UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDWARD CRUTHIRD, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-17-3384 |
| § | |
| MONTGOMERY COUNTY, *et al.*, § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

Pursuant to the order signed this date, defendants' motion to dismiss (Dkt. 18) is GRANTED.

Plaintiff Edward Cruthird's claims are DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on April 27, 2018.

_____
Gray H. Miller
United States District Judge